CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

APR 08 2014

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

STEPHEN T. HARPER, ADMINISTRATOR OF
THE ESTATE OF CARL LEWIS SMITH, Deceased,

    Plaintiff,

v.                                                Civil Action No. 5:13cv00041-MFU

NELSON SMITH, III, et al.

    Defendants.

## ORDER APPROVING COMPROMISE SETTLEMENT

THIS MATTER came before the Court this day on the Petition by the Plaintiff for approval pursuant to Section 8.01-55 of the Code of Virginia, as amended, of a settlement in the amount of $100,000.00 from Defendants, and for consideration of the distribution of settlement monies. Carl Lewis Smith, (the "Deceased") died on July 19, 2012.

Pursuant to §8.01-55 of the Code of Virginia, Stephen T. Harper, Administrator of the Estate of Carl Lewis Smith, and each of the beneficiaries of the Estate of Carl Lewis Smith, Phyllis Gage, Elmer Eugene Smith by and through his power of attorney Maretta Lee Smith Briggs, Karen Smith Montanelli, Michael John Smith, Steven Lee Smith, William James Andrews, Lisa Smith Miracle, and Maretta Lee Smith Briggs (Phyllis Gage and each of the other beneficiaries shall be referred to collectively as "Beneficiaries"), waive their right to convene for a formal hearing on this Petition.

Pursuant to §8.01-53(C) of the Code of Virginia, Elmer Eugene Smith by and through his power of attorney, Maretta Lee Smith Briggs, Karen Smith Montanelli, Michael John Smith, Steven Lee Smith, William James Andrews, Lisa Smith Miracle, and Maretta Lee Smith Briggs renounce their beneficial interests in favor of Phyllis Gage, the Deceased's mother.

1

THE COURT having considered all matters pertaining to this compromise, and being of the opinion that this compromise is in the bests interests of the beneficiaries of the Deceased and that the requested relief should be granted, it is accordingly ORDERED that this compromise in the amount of $100,000.00 from Defendants be and hereby is approved and that the $100,000.00 settlement proceeds be disbursed by counsel for Plaintiff as follows:

| | |
|---|---|
| Settlement Proceeds: | $100,000.00 |
| Karen Smith Montanelli for Funeral Expenses | -$8,000.00 |
| Litigation Expenses:<br>    Phelan Krudys Petty, PLC | -$7,114.43 |
| Attorneys Fees (33.33%):<br>    Phelan Krudys Petty, PLC<br>    Chanfrau & Chanfrau | -$22,222.22<br>-$11,111.11 |
| Balance to Phyllis Gage: | $51,552.24 |

It is further ORDERED that the Defendants, its insurers, and their agents, predecessors, successors, assigns, officers, employees, representative and heirs, who might have liability to the Petition arising from the death of the Deceased or any of the allegations set forth in the pending complaint, are hereby released and discharged from any and all liability which has been, might have been, or could have been asserted against them by or on behalf of the Plaintiff.

It is further ORDERED that this matter is dismissed with prejudice, and that the Clerk shall provide all counsel of record with an attested copy of this Order.

ENTER: 04 08 14

/s/ Michael F. Urbanski
Judge

WE ASK FOR THIS:

_____ *[signature]*
Stephen T. Harper, Administrator of the Estate of Carl Lewis Smith, for the purpose of Civil Litigation


_____
Phyllis Bell Gage, Beneficiary of the Estate of Carl Lewis Smith


_____
Elmer Eugene Smith, Beneficiary of the Estate of Carl Lewis Smith
by and through his daughter and POA, Maretta Lee Smith Briggs


_____
Karen Smith Montanelli, Beneficiary of the Estate of Carl Lewis Smith


_____
Michael John Smith, Beneficiary of the Estate of Carl Lewis Smith


_____
Steven Lee Smith, Beneficiary of the Estate of Carl Lewis Smith


_____
William James Andrews, Beneficiary of the Estate of Carl Lewis Smith


_____
Lisa ~~Halbert~~ Smith Miracle, Beneficiary of the Estate of Carl Lewis Smith


_____
Maretta Lee Smith Briggs, Beneficiary of the Estate of Carl Lewis Smith

WE ASK FOR THIS:

_____
Stephen T. Harper, Administrator of the Estate of Carl Lewis Smith, for the purpose of Civil Litigation

State of Florida / County of **Volusia**
The foregoing instrument was acknowledged before me this **21** day of **February**, 20 **14**, by **Phyllis Gage**. Personally known **X** OR produced identification ___ Type of Identification produced **Florida Drivers license**

*Elinor Yacobv* (Notary Signature)
My Commission expires **8/22/2017**

*Phyllis Belle Gage*
_____
Phyllis Bell Gage, Beneficiary of the Estate of Carl Lewis Smith

Elinor Yacobov
Notary Public
State of Florida
My Commission Expires 08/22/2017
Commission No. FF 47853

_____
Elmer Eugene Smith, Beneficiary of the Estate of Carl Lewis Smith
by and through his daughter and POA, Maretta Lee Smith Briggs


_____
Karen Smith Montanelli, Beneficiary of the Estate of Carl Lewis Smith


_____
Michael John Smith, Beneficiary of the Estate of Carl Lewis Smith


_____
Steven Lee Smith, Beneficiary of the Estate of Carl Lewis Smith


_____
William James Andrews, Beneficiary of the Estate of Carl Lewis Smith


_____
Lisa ~~Halbert~~ *Smith Miracle*, Beneficiary of the Estate of Carl Lewis Smith


_____
Maretta Lee Smith Briggs, Beneficiary of the Estate of Carl Lewis Smith

3

WE ASK FOR THIS:

_____
Stephen T. Harper, Administrator of the Estate of Carl Lewis Smith, for the purpose of Civil Litigation


_____
Phyllis Bell Gage, Beneficiary of the Estate of Carl Lewis Smith

_____
Elmer Eugene Smith, Beneficiary of the Estate of Carl Lewis Smith
by and through his daughter and POA, Maretta Lee Smith Briggs


_____
Karen Smith Montanelli, Beneficiary of the Estate of Carl Lewis Smith


_____
Michael John Smith, Beneficiary of the Estate of Carl Lewis Smith


_____
Steven Lee Smith, Beneficiary of the Estate of Carl Lewis Smith


_____
William James Andrews, Beneficiary of the Estate of Carl Lewis Smith


_____
Lisa Halbert, Beneficiary of the Estate of Carl Lewis Smith

_____
Maretta Lee Smith Briggs, Beneficiary of the Estate of Carl Lewis Smith

3

WE ASK FOR THIS:

_____
Stephen T. Harper, Administrator of the Estate of Carl Lewis Smith, for the purpose of Civil Litigation

_____
Phyllis Bell Gage, Beneficiary of the Estate of Carl Lewis Smith

_____
Elmer Eugene Smith, Beneficiary of the Estate of Carl Lewis Smith, by and through his daughter and POA, Maretta Lee Smith Briggs

State of Florida / County of Volusia
The foregoing instrument was acknowledged before me this 21 day of February, 20 14, by Karen S. Montanelli, Personally known ___ OR produced identification X
Type of Identification produced Florida Drivers License

_Karen Smith Montanelli_ (Notary Signature)
My Commission expires 8/22/207

Elinor Yacobov
Notary Public
State of Florida
My Commission Expires 08/22/2017
Commission No. FF 47653

_____
Karen Smith Montanelli, Beneficiary of the Estate of Carl Lewis Smith

_____
Michael John Smith, Beneficiary of the Estate of Carl Lewis Smith

_____
Steven Lee Smith, Beneficiary of the Estate of Carl Lewis Smith

_____
William James Andrews, Beneficiary of the Estate of Carl Lewis Smith

_____
Lisa ~~Halbert~~, Beneficiary of the Estate of Carl Lewis Smith
    Smith Miracle

_____
Maretta Lee Smith Briggs, Beneficiary of the Estate of Carl Lewis Smith

3

WE ASK FOR THIS:

_____
Stephen T. Harper, Administrator of the Estate of Carl Lewis Smith, for the purpose of Civil Litigation


_____
Phyllis Bell Gage, Beneficiary of the Estate of Carl Lewis Smith


_____
Elmer Eugene Smith, Beneficiary of the Estate of Carl Lewis Smith
by and through his daughter and POA, Maretta Lee Smith Briggs


_____
Karen Smith Montanelli, Beneficiary of the Estate of Carl Lewis Smith

*/s/ Michael John Smith*
_____
Michael John Smith, Beneficiary of the Estate of Carl Lewis Smith


_____
Steven Lee Smith, Beneficiary of the Estate of Carl Lewis Smith


_____
William James Andrews, Beneficiary of the Estate of Carl Lewis Smith


_____
Lisa ~~Halbert~~ Smith Miracle, Beneficiary of the Estate of Carl Lewis Smith


_____
Maretta Lee Smith Briggs, Beneficiary of the Estate of Carl Lewis Smith

3

WE ASK FOR THIS:

_____
Stephen T. Harper, Administrator of the Estate of Carl Lewis Smith, for the purpose of Civil Litigation


_____
Phyllis Bell Gage, Beneficiary of the Estate of Carl Lewis Smith


_____
Elmer Eugene Smith, Beneficiary of the Estate of Carl Lewis Smith
by and through his daughter and POA, Maretta Lee Smith Briggs


_____
Karen Smith Montanelli, Beneficiary of the Estate of Carl Lewis Smith


_____
Michael John Smith, Beneficiary of the Estate of Carl Lewis Smith


_Steven Lee Smith_
Steven Lee Smith, Beneficiary of the Estate of Carl Lewis Smith


_____
William James Andrews, Beneficiary of the Estate of Carl Lewis Smith


_____
Lisa ~~Halbert~~ Smith Miracle, Beneficiary of the Estate of Carl Lewis Smith


_____
Maretta Lee Smith Briggs, Beneficiary of the Estate of Carl Lewis Smith

3

WE ASK FOR THIS:

_____
Stephen T. Harper, Administrator of the Estate of Carl Lewis Smith, for the purpose of Civil Litigation


_____
Phyllis Bell Gage, Beneficiary of the Estate of Carl Lewis Smith


_____
Elmer Eugene Smith, Beneficiary of the Estate of Carl Lewis Smith
by and through his daughter and POA, Maretta Lee Smith Briggs


_____
Karen Smith Montanelli, Beneficiary of the Estate of Carl Lewis Smith


_____
Michael John Smith, Beneficiary of the Estate of Carl Lewis Smith


_____
Steven Lee Smith, Beneficiary of the Estate of Carl Lewis Smith

*/s/ William Andrews*
_____
William James Andrews, Beneficiary of the Estate of Carl Lewis Smith


_____
Lisa ~~Halbert~~ Smith Miracle, Beneficiary of the Estate of Carl Lewis Smith


_____
Maretta Lee Smith Briggs, Beneficiary of the Estate of Carl Lewis Smith

3

WE ASK FOR THIS:

_____
Stephen T. Harper, Administrator of the Estate of Carl Lewis Smith, for the purpose of Civil Litigation


_____
Phyllis Bell Gage, Beneficiary of the Estate of Carl Lewis Smith


_____
Elmer Eugene Smith, Beneficiary of the Estate of Carl Lewis Smith
by and through his daughter and POA, Maretta Lee Smith Briggs


_____
Karen Smith Montanelli, Beneficiary of the Estate of Carl Lewis Smith


_____
Michael John Smith, Beneficiary of the Estate of Carl Lewis Smith


_____
Steven Lee Smith, Beneficiary of the Estate of Carl Lewis Smith


_____
William James Andrews, Beneficiary of the Estate of Carl Lewis Smith


*/s/ Lisa Smith Miracle*
_____
Lisa Smith Miracle, Beneficiary of the Estate of Carl Lewis Smith


_____
Maretta Lee Smith Briggs, Beneficiary of the Estate of Carl Lewis Smith

_____
Michael G. Phelan, Esquire (VSB No. 29725)
Phelan | Krudys | Petty PLC
6641 West Broad Street, Suite 406
Richmond, Virginia 23230
Phone: 804-980-7100
Fax: 804-767-4601

*Counsel for Plaintiff*


_____
John K. Messersmith, IV, Esq.
Kalbaugh, Pfund & Messersmith, P.C.
901 Moorefield Park Drive, Suite 200
Richmond, Virginia 23236
Phone: (804) 320-6300
Fax: (804) 320-6312
John.Messersmith@kpmlaw.com

Edward P. Trivette, Esq.
Kalbaugh Pfund & Messersmith, PC
4031 University Drive, Suite 300
Fairfax, Virginia 22030
Phone: (703) 691-3331
Fax: (703) 691-3332
Edward.Trivette@kpmlaw.com

*Counsel for Defendants Nelson Smith, III and Navajo Express, Inc.*